# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MICHAEL DOOLEY                                                        PLAINTIFF

vs.                      CASE NO. 2:05cv00249 JMM

YAMAHA MOTOR CORPORATION USA,                          DEFENDANTS
YAMAHA MOTOR COMPANY, LTD and
MOTION PRO, INC.

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter as to the remaining Defendants, the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are deemed moot.

IT IS SO ORDERED this 3rd day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE